USDC SCAN INDEX SHEET










```
LLH    2/23/00    11:24
3:99-CV-01287   KHWAJA V. LOONEY
*5*
*STIPO.*
```

DARVAS, CHAWLA & AGUIRRE L.L.P.
1094 Cudahy Place, Suite 108
San Diego, CA 92110
(619) 275-7574  (Voice)
(619) 275-7562  (Facsimile)

Gina Darvas, Esq.   Cal Bar No 163221





# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nasratullah KHWAJA, <br><br> Plaintiff, <br><br> v. <br><br> Robert Looney, Director, Asylum Office, INS, <br><br> Defendant. | Civil Action No. 99-CV-1287 JM (RBB) <br><br> **STIPULATION TO DISMISS AND ORDER THEREON** |

COMES NOW Plaintiff Nasratullah Khwaja and Defendant Robert Looney who respectfully apply to this court for dismissal of the complaint.

1. WHEREAS Plaintiff applied to this court to cause Defendant to adjudicate Plaintiff's application for Asylum and Withholding;

2. WHEREAS on February 11, 2000, Defendant completed adjudication of Plaintiff's Asylum application;

3. WHEREAS the matter for which the complaint was brought is now moot;

4. WHEREAS Plaintiff reserves his right to apply for fees under the Equal Access to Justice Act, 28 USC 2412;

WHEREFORE Plaintiff and Defendant agree and stipulate to dismissal of the complaint.

ENTERED ON 2/23/00



Page 1                                                      99-CV-1287 JM (RBB)

Respectfully submitted this 14th day of February, 2000.

DARVAS, CHAWLA & AGUIRRE:

*signature* 2-14-2000

Gina Darvas, Esq.
1094 Cudahy Place, Suite 108
San Diego, CA 92110
(619) 275-7574 (voice)
(619) 275-7562 (facsimile)

ATTORNEYS FOR PLAINTIFF

GREGORY VEGA, US ATTORNEY

*signature*

Samuel Bettwy, Esq.
880 Front Street, 6th Floor
San Diego, CA 92101
(619) 557-7119 (voice)

ATTORNEYS FOR DEFENDANT

## ORDER

Plaintiff and Defendant having moved and stipulated to dismissal, the complaint is hereby dismissed.

**IT IS SO ORDERED.**

Dated: 2/22/00           *signature*

Jeffery T. Miller, Judge
United States District Court

cc: All Parties